01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09 LANDON DAVIS,                          )    CASE NO. C05-0414-MAT
                                          )
10          Plaintiff,                    )
                                          )
11     v.                                 )
                                          )
12                                        )    BRIEFING   SCHEDULE   FOR   A
   JO ANNE B. BARNHART, Commissioner      )    SOCIAL SECURITY CASE
13 of Social Security                     )
                                          )
14          Defendant.                    )
   _____ )
15

16                          Scheduling of Briefing

17        On May 31, 2005, the answer and administrative record were filed by defendant in this

18 case.  The court is now ready to consider the parties' arguments.  Based on the date of filing of

19 the answer and administrative record, the following deadlines are established for the parties to file

20 their briefs:

21        **Plaintiff's Opening Brief is due by:**            **June 29, 2005**

22        **Defendant's Answering/Responsive Brief is due by:**   **July 27, 2005**

23        **Plaintiff's optional Reply Brief is due by:**      **August 10, 2005**

24 Please Note: Motions for Summary Judgment are not to be filed in lieu of filing the above-

25 referenced briefs.

26 / / /

BRIEFING SCHEDULE FOR A
SOCIAL SECURITY CASE
PAGE -1

01 <u>Electronic Filing</u>

02       The parties are reminded that all attorneys admitted to practice before this court must file

03 all pleadings electronically via CM/ECF, unless specifically directed to do otherwise (as in the case

04 of return of a Consent to Proceed Before a Magistrate Judge).   Additionally, it is the responsibility

05 of all attorneys to ensure that the email address(es) listed on his or her CM/ECF account  is

06 correct.  <u>Notification of orders and/or reports and recommendations issued by this court will only</u>

07 <u>be provided via email to the address(es) you have provided.  No paper copies will be mailed</u>.For

08 detailed information of the electronic filing and notification requirement, please point your web

09 browser to: <u>http://www.wawd.uscourts.gov</u>.  Additionally, the CM/ECF helpdesk may be reached

10 by telephone at (206) 370-8440 or (866) 323-9293.

11       The preceding paragraph does not apply to *pro se* plaintiffs.  For such litigants, the court

12 will still issue all orders and reports and recommendations via first-class mail, and he or she may

13 still file any documents with this court in paper form.

14 <u>Oral Argument</u>

15       Either party may request oral argument by inclusion of the text "ORAL ARGUMENT

16 REQUESTED" in the caption of any of the briefs.    A request for oral argument is not

17 automatically granted.  <u>The Court will defer ruling on the request for oral argument until such time</u>

18 <u>as the Court has reviewed all briefing and the transcript.  Counsel will be notified by Chambers if</u>

19 <u>the request for oral argument is granted</u>.  Such a request may also be received in letter form, no

20 later than 10 court days after the last briefing deadline listed above.

21 <u>Cases in Which the Commissioner Seeks Remand</u>

22       In some cases, the Commissioner determines, after a review of the record, that a case

23 should be remanded for further proceedings and a new decision.  Where plaintiff agrees, the case

24 in the court can be resolved by a stipulated remand.  If the plaintiff does not stipulate to remand

25 but wishes to pursue an order by the court directing the award of benefits, the Commissioner

26 should present any argument for a remand in the Commissioner's brief on the merits.  Plaintiff may

BRIEFING SCHEDULE FOR A
SOCIAL SECURITY CASE
PAGE -2

01  then respond in the reply brief.

02                              Determination Procedure

03          At the conclusion of briefing, or after oral argument (if requested and granted), the case

04  will be ready for determination, under 42 U.S.C. § 405(g).  The court shall make a detailed review

05  of the administrative record, the briefing filed by the parties, and the court file, and shall then

06  submit a written Report and Recommendation to the District Judge (for referral cases) or a

07  Memorandum Opinion (for consent cases).  If this matter is a referral from a District Judge, you

08  will have an opportunity to respond to the Report and Recommendation before the District Judge

09  takes final action.

10                                Contacting the Court

11          Depending on the nature of the inquiry, the parties are invited to contact the court in one

12  of the following ways.  For questions related to scheduling of oral arguments, please contact In-

13  Court Deputy Clerk  Judy Nothern at (206) 370-8420 [Judy_Nothern@wawd.uscourts.gov].  For

14  inquiries directed to chambers (i.e. questions pertaining to the substance of any orders filed or

15  issues regarding briefing scheduling), please contact Judicial Assistant Gary Burnopp at (206) 370-

16  8890 [Gary_Burnopp@wawd.uscourts.gov].  Finally, any question pertaining to the technical

17  issues of filing documents electronically or receiving email notifications via CM/ECF should be

18  directed to the CM/ECF helpdesk at (206) 370-8440 or (866) 323-9293.

19          DATED this  1st  day of  June , 2005.

20

21                                    _____
                                      Mary Alice Theiler
22                                    United States Magistrate Judge

23

24

25

26

BRIEFING SCHEDULE FOR A
SOCIAL SECURITY CASE
PAGE -3